# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SERRANO QUEZADA FRANCISCO, ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-22-0633-HE |
| LUKE PETTIGREW, *et al.*, ) | |
| Defendants. ) | |

## ORDER

Plaintiff Serrano Quezada Francisco, a state prisoner appearing *pro se*, filed this § 1983 case alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings. By order dated March 29, 2023, Judge Purcell ordered plaintiff to effect service of process on defendants within 90 days. No record of service has been filed, and no defendant has appeared in this case. Judge Purcell has now issued a Report and Recommendation recommending that this case be dismissed for failure to prosecute.

The Report advised plaintiff of his right to object on or before July 20, 2023. Plaintiff has not objected thereby waiving his right to appellate review of the factual and legal issues addressed in the Report.

The court **ADOPTS** the Report and Recommendation [Doc. #18]. This case is **DISMISSED** without prejudice for failure to prosecute.

2

**IT IS SO ORDERED**.

Dated this 2nd day of August, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE